## CERTIFIED COPY OF RESOLUTIONS ADOPTED
## BY THE MEMBERS OF
## FACTEON LLC

The undersigned elected and qualified Members of FACTEON LLC (the "Company"), do hereby certify that the following resolutions were adopted by the directors of the Company at a meeting duly called and held on March 31, 2015, and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that the officers of the Company are authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that the officers of the Company be, and each of them hereby is authorized to retain on behalf of the Company the law firm of M. Denise Dotson, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as such officer or officers shall approved;

FURTHER RESOLVED, that the law firm of M. Denise Dotson, LLC is authorized and shall take direction from Thomas Nort, CEO.

FURTHER RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his, her, or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 31st day of March, 2015.

/s/ Thomas Nort
By: Thomas Nort
Member