**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **FACTEON, LLC,** | ) | **CASE NO. 15-** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **FACTEON, LLC,** | ) | |
| | ) | |
| **Movant,** | ) | **CONTESTED MATTER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STERLING NATIONAL BANK,** | ) | |
| **ANDREW NORWOOD, LINDA NORWOOD,** | ) | |
| **ROBERT NORWOOD, THOMAS NORWOOD** | ) | |
| **DIANE M. ASHKOUTI, TABAS TWO, LLLP,** | ) | |
| **ROYAL WAFFLE KING CORPORATION,** | ) | |
| **MARSHA CROWDER,STANDFORD** | ) | |
| **OPPORTUNITY FUND, LLC,** | ) | |
| **Respondents.** | ) | |

**MOTION REQUESTING ENTRY OF
INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL,
SCHEDULING AN EXPEDITED HEARING ON THE
REQUEST FOR INTERIM USE OF CASH COLLATERAL AND
SCHEDULING FINAL HEARING ON DEBTOR'S REQUEST
TO USE CASH COLLATERAL**

COMES NOW Facteon, LLC ("Debtor") and hereby files this "Motion Requesting Entry of Interim Consent Order Authorizing the Use of Cash Collateral, Scheduling an Expedited Hearing on the Request for Interim Use of Cash Collateral, and Scheduling Final Hearing on Debtor's Request to Use Cash Collateral" (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

**Jurisdiction**

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.   This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).   The statutory predicate for the relief requested herein is 11 U.S.C. §§ 105(a), 361 and 363.

**Background**

2.      On April 14, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (as amended, modified, or supplemented the "Bankruptcy Code").

3.      Debtor is a Georgia corporation and its primary place of business is located at 700 Galleria Parkway, Suite 400, Atlanta, Georgia 30339.   Debtor's primary business is factoring receivables.   Debtor's target market is the small business customer.

4.      Pursuant to Bankruptcy Code Sections 1107 and 1108 of the Bankruptcy Code, Debtor continues to operate its business as a debtor-in-possession.   Eric Benson is the Interim Chief Executive Officer and oversees day to day business operations.

**Liens**

5.      Sterling National Bank ("Sterling") asserts a security interest and lien on accounts and receivables pursuant to and in accordance with that certain UCC financing statements filed on July 2, 2010 with the Fulton County Superior Court Clerk and that certain financing statement filed on August 22, 2014 with the Fulton County Superior Court Clerk.   True and correct copies of the referenced financing statements are attached hereto and incorporated herein by reference at Exhibit "A."   The claim of Sterling has been satisfied and no obligations are due and owing to

Sterling. The parties are in the process of filing the necessary documentation to terminate Sterling's financing statement.

6.     TABAS Two, LLLP asserts a security interest and lien on Debtor's receivables as evidenced by the following UCC financing statements: (i) UCC financing statement filed and recorded on March 5, 2015 with the Cobb County Superior Court Clerk; and (ii) UCC Financing statement filed and recorded on March 5, 2015 with the Fulton County Superior Court Clerk. True and correct copies of the UCC financing statements filed by TABAS Two, LLLP are attached hereto and incorporated herein by reference as Exhibit "B."

7.     Diana M. Ashkouti asserts a security interest and lien on Debtor's receivables pursuant to those certain UCC financing statements filed on March 5, 2015 with the Cobb County Superior Court Clerk and the Fulton County Superior Court Clerk. True and correct copies of the UCC financing statements filed by Diana M. Ashkouti are attached hereto and incorporated herein by reference as Exhibit "C."

8.     Thomas Norwood asserts a security interest and lien on Debtor's receivables, accounts and general intangibles as evidenced by that certain UCC financing statement recorded with the Dekalb County Superior Court Clerk on February 9, 2015. A true and correct copy of the UCC financing statement filed by Thomas Norwood is attached hereto and incorporated herein by reference as Exhibit "D."

9.     Robert Norwood asserts a security interest and lien on Debtor's receivables, accounts and general intangibles as evidenced by that certain UCC financing statements filed with the Dekalb County Superior Court Clerk on February 26, 2015. A true and correct copy of the UCC financing statement filed by Robert Norwood is attached hereto and incorporated herein by reference as Exhibit "E."

-3-

10.    Linda Norwood asserts a security interest and lien on Debtor's receivables, accounts and general intangibles as evidenced by that certain UCC financing statements filed with the Dekalb County Superior Court Clerk on February 26, 2015. A true and correct copy of the UCC financing statement filed by Linda Norwood is attached hereto and incorporated herein by reference as Exhibit "F."

11.    Andrew Norwood asserts a security interest and lien on Debtor's receivables, accounts and general intangibles as evidenced by that certain UCC financing statement filed with the Dekalb County Superior Court Clerk on February 26, 2015. A true and correct copy of the UCC financing statement filed by Andrew Norwood is attached hereto and incorporated herein by reference as Exhibit "G."

12.    Royal Waffle King Corporation asserts a security interest and lien on Debtor's receivables, accounts and intangibles as evidenced by the certain UCC financing statement filed with the Cobb County Superior Court Clerk on April 8, 2015. A true and correct copy of the UCC financing statement filed on behalf of Royal Waffle King Corporation is attached hereto and incorporated herein by reference as Exhibit "H."

13.    Marsha Crowder asserts a security interest and lien on Debtor's receivables, accounts and general intangibles as evidenced by the certain UCC financing statement filed with the Cobb County Superior Court Clerk on April 8, 2015. A true and correct copy of the UCC financing statement filed on behalf of Marsha Crowder is attached hereto and incorporated herein by reference as Exhibit "I."

14.    Standford Opportunity Fund, LLC asserts a security interest and lien on Debtor's receivables, accounts and general intangibles as evidenced by that certain UCC financing statements filed with the Cobb County Superior Court Clerk on April 8, 2015. A true and correct

copy of the UCC financing statement filed on behalf of Standford Opportunity Fund, LLC is attached hereto and incorporated herein by reference as Exhibit "J."

15.     Nothing herein is intended nor should it be construed as the Debtor consenting to the validity of the liens set forth herein above.   Debtor filed contemporaneously herewith complaints to avoid and set aside the liens of TABAS Two, LLLP, Diana Ashkouti, Thomas Norwood, Robert Norwood, Linda Norwood, Andrew Norwood, Royal Waffle King Corporation, Marsha Crowder, and Standford Opportunity Fund, LLC.

## Relief Requested

**16.**     By this Motion, Debtor requests entry of an order authorizing the interim use of cash collateral and scheduling a final hearing on cash collateral.

## Basis for Relief

17.     Section 363(c)(2) provides that a debtor in possession may not use cash collateral unless an entity that has an interest in such cash collateral consents or the court approves the use of such cash collateral.  Section 363(o) provides that at a hearing on the use of cash collateral, the entity asserting an interest in the cash collateral has the burden of proof on the issue of the validity, priority, or extent of such interest, and the debtor in possession has the burden of proof on the issue of adequate protection.  Rule 4001(b)(2) provides that the Court may not hold a final hearing on a motion to use cash collateral until earlier than 15 days after service of the motion, but may authorize the use of cash collateral prior to a final hearing as necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

18.     Without the use of cash collateral and the ability to operate, the Debtor will not be able to pay operating expenses necessary to the continuity of the Debtor's operations and its

reorganization.   A copy of Debtor's budget is attached hereto and incorporated herein by reference as Exhibit "K."

19.     The entry of an Order granting the Debtor's Motion to use cash collateral will minimize disruption of the Debtor's business, increase the likelihood of a successful reorganization, and is in the best interests of the Debtor's estate and its creditors.  Therefore, it is in the interest of no one for any interruption to occur in the operation of such business.

20.     Notice pursuant to Federal Rule of Bankruptcy Procedure 4001(b) is being sent to all parties required by such rule.  Specifically, notice of this Motion and any hearing thereon shall be provided to each Respondent, the United States Trustee and the parties reflected on the Debtor's List of 20 largest unsecured creditors filed pursuant to Bankruptcy Rule 1007(b).  The Debtor requests that the Court schedule a preliminary hearing pursuant to Bankruptcy Rule 4001(b)(2) to authorize the use of cash collateral necessary to avoid immediate and irreparable harm to the Debtor's estate (pending a final hearing).  The Debtor requests that the Court schedule a final hearing on use of cash collateral no earlier than 14 days after service of this Motion.

21.     Debtor requests that the Court schedule an expedited hearing on this Motion and shorten any applicable notice period.

WHEREFORE, for all of the above reasons, the Debtor requests that the Court:

(a)        Enter an order authorizing the interim use of cash collateral; (b) Authorize the Debtor to pay the expenses and other expenditures, as established pursuant to the budget, deemed necessary by the Court to avoid immediate and irreparable harm to the estate; (c) schedule a final hearing on use of cash collateral so that the Debtor may be authorized to pay reasonable and necessary operating expenses through the final hearing; and (d) Grant the Debtor such other and further relief as may be just and equitable.

RESPECTFULLY SUBMITTED this 14th day of April, 2015.

**M. DENISE DOTSON, LLC**
 *s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Proposed Attorney for Debtor and Debtor in Possession

**EXHIBIT A FOLLOWS**

CTY# YEAR UCC #
**0602014-07293**
Filed and Recorded Aug-22-2014 09:20am
**Catherine Robinson**
Clerk of Superior Court
Fulton County, Georgia

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)    18169 - KENNETH G

CT Lien Solutions
P.O. Box 29071                **44580192**
Glendale, CA 91209-9071      **GAGA**

File with: Fulton, GA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
0602010-05959  7/2/2010 CC GA Fulton

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☒ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                        AND Check one of these three boxes to:
This Change affects ☒ Debtor or ☐ Secured Party of record    ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon, Inc. | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon, LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Galleria Parkway, Suite 440 | Atlanta | GA | 30339 | USA |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Sterling National Bank | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:  Debtor Name: Facteon, LLC
44580192

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**EXHIBIT B FOLLOWS**

**BK 363 PG: 2045-2051**
Filed and Recorded Mar-05-2015 12:36:45PM
DOC#: 0332015001259

*Rebecca Keaton*

REBECCA KEATON
CLERK OF SUPERIOR COURT COBB Cty. GA.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
TABAS TWO, LLLP

**B. E-MAIL CONTACT AT FILER (optional)**
Albert@fgmc.net

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Albert M. Ashkouti
Century Springs West
6000 Lake Forrest Dr.
Suite 460
Atlanta, GA 30328

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Facteon Corporation | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway Suite 440 | Atlanta | Ga | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Facteon Limited Liability Company | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway Suite 440 | Atlanta | GA | 30339 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TABAS TWO, LLLP | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 50 Old Stratton Chase | Atlanta | GA | 30328 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
Attached - Accounts Recievable of the company
Security Agreement Attached

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | |

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

CTY# YEAR UCC #
**0602015-02036**
Filed and Recorded Mar-05-2015 03:22ps
**Cathelene Robinson**
Clerk of Superior Court
Fulton County, Georgia

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
TABAS TWO, LLLP

B. E-MAIL CONTACT AT FILER (optional)
Albert@fgmc.net

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Albert M. Ashkouti
Century Springs West
6000 Lake Forrest Dr.
Suite 400
Atlanta, GA 30328

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon Corporation | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Galleria Parkway Suite 440 | Atlanta | Ga | 30339 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon Limited Liability Company | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Galleria Parkway Suite 440 | Atlanta | GA | 30339 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TABAS TWO, LLLP | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 50 Old Stratton Chase | Atlanta | GA | 30328 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Attached - Accounts Recievable of the company
Security Agreement Attached

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**EXHIBIT C FOLLOWS**

BK 833 PG: 2052-2058
Filed and Recorded Mar-05-2015 12:36:45PM
DOC#: 033201500126O

*[signature]*

REBECCA KEATON
CLERK OF SUPERIOR COURT COBB Cty. GA.

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Albert M. Ashkouti

**B. E-MAIL CONTACT AT FILER (optional)**
Albert@fgmc.net

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Albert M. Ashkouti
Century Springs West
6000 Lake Forrest Dr.
Suite 400
Atlanta, GA 30328

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Facteon Corporation | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway Suite 440 | Atlanta | | Ga | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Facteon Limited Liability Company | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway Suite 440 | Atlanta | | GA | 30339 | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Diane M. Ashkouti | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 50 Old Stratton Chase | Atlanta | | GA | 30328 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
Attached - Accounts Recievable of the company
Security Agreement Attached

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility   **6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing
**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)      International Association of Commercial Administrators (IACA)

CTY# VERR UCC #
0602015-02037
Filed and Recorded Mar-05-2015 03:22pm
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Albert M. Ashkouti

**B. E-MAIL CONTACT AT FILER (optional)**
Albert@fgmc.net

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
Albert M. Ashkouti
Century Springs West
6800 Lake Forrest Dr.
Suite 400
Atlanta, GA 30328

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Facteon Corporation | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 700 Galleria Parkway Suite 440 | Atlanta | Ga | 30339 | | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Facteon Limited Liability Company | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 700 Galleria Parkway Suite 440 | Atlanta | GA | 30339 | | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Diane M. Ashkouti | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 50 Old Stratton Chase | Atlanta | GA | 30328 | | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
Attached - Accounts Recievable of the company
Security Agreement Attached

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)

**EXHIBIT D FOLLOWS**

GSCCCA eFile#: EF_000686405_000174596_044 Received: Monday, February 09, 2015 12:57:38 PM

FILED & RECORDED
Monday, February 09, 2015 12:58:06 PM
File Number: 044-2015-000501
Debra DeBerry
Dekalb County Clerk of Superior Court

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Andrew Durden 404-264-4055

**B. E-MAIL CONTACT AT FILER (optional)**
andrew.durden@btlaw.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Andrew Durden
Barnes & Thornburg LLP
Prominence in Buckhead, STE 1700
3475 Piedmont Road NE
Atlanta, GA 30305-3327

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Facteon, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway, STE 440 | Atlanta | GA | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Norwood | Thomas | W. | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1190 Crest Valley Drive | Atlanta | GA | 30327 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All receivables, accounts and general intangibles owned by the Debtor.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**EXHIBIT E FOLLOWS**

GSCCCA eFile#: EF_000694487_000177810_044 Received: Wednesday, February 25, 2015 19:55:36    Page 1 of 1

**FILED & RECORDED**
Thursday, February 26, 2015 11:20:44 AM
File Number: 044-2015-000720
Debra DeBerry
Dekalb County Clerk of Superior Court

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Andrew Durden 404-264-4055

**B. E-MAIL CONTACT AT FILER (optional)**
andrew.durden@btlaw.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Andrew Durden
Barnes & Thornburg, LLP
Prominence in Buckhead, STE 1700
3475 Piedmont Road NE
Atlanta, GA 30305-3327

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon, LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Galleria Parkway, STE 440 | Atlanta | GA | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Norwood | Robert | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 834 Kipling Drive | Atlanta | GA | 30318 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All receivables, accounts and general intangibles owned by the Debtor.

| 5. Check only if applicable and check only one box: Collateral is | ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|---|

| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA:**
53116-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**EXHIBIT F FOLLOWS**

FILED & RECORDED
Thursday, February 26, 2015 11:21:35 AM
File Number: 044-2015-000721
Debra DeBerry
Dekalb County Clerk of Superior Court

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Andrew Durden 404-264-4055

**B. E-MAIL CONTACT AT FILER (optional)**
andrew.durden@btlaw.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Andrew Durden
Barnes & Thornburg, LLP
Prominence in Buckhead, STE 1700
3475 Piedmont Road NE
Atlanta, GA 30305-3327

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon, LLC | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 700 Galleria Parkway, STE 440 | Atlanta | GA  30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Norwood | Linda | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1190 Crest Valley Drive | Atlanta | GA  30327 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All receivables, accounts and general intangibles owned by the Debtor.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative
**6a.** Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility   **6b.** Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing
**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor
**8. OPTIONAL FILER REFERENCE DATA:**
53116-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

**EXHIBIT G FOLLOWS**

GSCCCA eFile#: BF_000694489_000177812_044 Received: Wednesday, February 25, 2015 11:55:35 AM Page 1 of 1

**FILED & RECORDED**
Thursday, February 26, 2015 11:22:21 AM
File Number: 044-2015-000722
Debra DeBerry
Dekalb County Clerk of Superior Court

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Andrew Durden 404-264-4055

**B. E-MAIL CONTACT AT FILER (optional)**
andrew.durden@btlaw.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Andrew Durden
Barnes & Thornburg LLP
Prominence in Buckhead, STE 1700
3475 Piedmont Road NE
Atlanta, GA 30305-3327

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon, LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway, STE 440 | Atlanta | GA | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Norwood | Andrew | C. | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 510 S. Washington Street | Denver | CO | 80209 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All receivables, accounts and general intangibles owned by the Debtor.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
53116-1

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT H FOLLOWS**

04/09/2015 THU 9:03  FAX 770 528 1326  SUPERIOR COURT CLERK   ☑061/064

BK: 33 PG: 3135
Filed and Recorded Apr-08-2015 03:32:47PM
DOC#: 033201500189 6

*Rebecca Keaton*

REBECCA KEATON
CLERK OF SUPERIOR COURT COBB Cty. GA.

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Ira K. McKee, Esq. - 770-218-0104

**B. E-MAIL CONTACT AT FILER (optional)**
iramckee@outlook.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Ira K. McKee, Esq.          *Mail*
The McKee Firm
140 Vann Street - Suite 420
Marietta, GA 30060

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Facteon, LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Galleria Parkway - Suite 440 | Atlanta | GA | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Royal Waffle King Corporation | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1459 Field Park Circle | Marietta | GA | 30066 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All receivables, accounts, and general intangibles owned by the Debtor.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:   **6b.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility   ☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
15re010facteon rwk.pdf

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT I FOLLOWS**

04/09/2015 THU 9:04 FAX 770 528 1325 SUPERIOR COURT R B DIV 36    ☒062/064

BK: 33 PG: 3136
Filed and Recorded Apr-08-2015 03:32:47PM
DOC#: 03320150001897

REBECCA KEATON
CLERK OF SUPERIOR COURT COBB Cty. GA.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Ira K. McKee, Esq. - 770-218-0104

**B. E-MAIL CONTACT AT FILER (optional)**
iramckee@outlook.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Ira K. McKee, Esq.
The McKee Firm
140 Vann Street - Suite 420
Marietta, GA 30060

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Facteon, LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Galleria Parkway - Suite 440 | Atlanta | GA | 30339 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Crowder | Marsha | M. | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 325 McDaniel Road | Marietta | GA | 30064 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All receivables, accounts, and general intangibles owned by the Debtor.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA:**
15rc010facteon marsha.pdf

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

**EXHIBIT J FOLLOWS**

04/09/2015 THU 9:08  FAX 770 528 1325 SUPERIOR COURT  @063/064

BK: 33 PG: 3137
Filed and Recorded Apr-08-2015 03:32:47PM
DUCH: 0.332015001898

*Rebecca Keaton*
REBECCA KEATON
CLERK OF SUPERIOR COURT COBB Cty. GA.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Ira K. McKee, Esq. – 770-218-0104

B. E-MAIL CONTACT AT FILER (optional)
iramckee@outlook.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Ira K. McKee, Esq.
The McKee Firm
140 Vann Street – Suite 420
Marietta, GA 30060

V 10

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Facteon, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 700 Galleria Parkway – Suite 440 | Atlanta | | GA | 30339 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Standford Opportunity Fund, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1459 Field Park Circle | Marietta | | GA | 30066 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All receivables, accounts, and general intangibles owned by the Debtor.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
15re010facteon stanford.pdf

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT K FOLLOWS**

**Facteon, LLC**

**30 DAY BUDGET FROM 04-09-15**

| | Forecast Unaudited |
|---|---|
| **REVENUE:** | |
| Fee Income **- see note below | $  130,000 |
| Management Fees | |
| Other Income | 3,000 |
| Interest Income | |
| Permission-based Marketing | |
| Total Revenue | $  133,000 |
| | |
| **OPERATING EXPENSES:** | |
| Salaries- Mgmt | $    7,000 |
| Salaries- Staff | 27,240 |
| Salaries- Sales | 6,000 |
| Salaries- Sales Commission In-house | |
| Other payroll exp | 6,000 |
| Recruiting | |
| Factoring Broker Commissions - External | 8,000 |
| Sales- Independent Contractor | |
| Depreciation & Amortization | |
| Equipment & Repairs & Maintenance & SW | 4,535 |
| Insurance | |
| Interest LOC | - |
| Interest NP | - |
| Bank Charges | 6,000 |
| Office Expense | 500 |
| Postage | 1,000 |
| Professional Fees | 30,000 |
| UCC and Lien Search | 4,000 |
| Rent | 7,200 |
| Travel and Entertainment | 500 |
| Telecommunications/ Web-Hosting | 1,750 |
| Bad Debts | |
| Marketing | 2,500 |
| Miscellaneous Princ Payout 1% in 2015 | - |
| | |
| **TOTAL OPERATING EXPENSES** | $  112,224 |
| **Income from Continuing Operations** | $   20,776 |
| | |
| | |
| **NET INCOME** | $   20,776 |

Note: Effective April 1, 2005, Facteon changed its corporate status from a C-Corp
to a S-Corp. The income taxes have not been accrued on the Financial Statements
since the tax obligation is now the responsibility of the shareholders' and is levied
at the personal level.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail and via electronic transmission  or facsimile upon those parties referenced below:

> Office of the United States Trustee
> 362 Richard B. Russell Federal Building
> 75 Spring Street
> Atlanta, GA 30303
> Guy.gebhardt@usdog.gov
>
> Diana M. Ashkouti
> 50 Old Stratton Chase
> Atlanta, GA 30328
> albert@fgmc.net
>
> TABAS II LLLP
> c/o Albert Ashkouti
> Century Springs West
> 6000 Lake Forrest Drive Suite 400
> Atlanta, GA 30328
> albert@fgmc.net
>
> Thomas Norwood
> Robert Norwood
> Linda Norwood
> Albert Norwood
> c/o John Mills
> Barnes & Thornburg, LLP
> Prominence in Buckhead, Suite 1700
> 3475 Piedmont Road, NE
> Atlanta, GA 30305
> John.mills@btlaw.com
>
> John Christy
> Schreeder Wheeler & Flint, LLP
> 1100 Peachtree Street, NE
> Suite 800
> Atlanta, GA 30309
> jchristy@swfllp.com

Annette Reed
annereed@annereed.net

Allison Drummond/Equity Trust Company
adrummond@strategicalt.com

Barclay & Lorita Resler
btresler@gmail.com

Bonita Tew
Bonnie.tew@gmail.com

Daniel J. Homrich
dan@thehomrichs.com

Edward C. Mitchell
mitchec@bellsouth.net

Fred C. Hollmer
800 Jett Ferry Manor
Atlanta, GA  30350
FedEx delivery

Gary L. Beck
Lincoln Trust
PO Box 5831
Denver, CO  80217
US Postal Service Overnite

John Whitmore
jgw2cpa@yahoo.com

Lawson K. Broadrick
300 Landfill Rd. NW
Atlanta, GA  30328
FedEx delivery

Lester Sheppard
1081 Flemings Knoll
Greensboro, GA  30642
FedEx delivery

Michael Brumit
1090 Waterbury Close
Powder Springs, GA  30127
FedEx delivery

Polestar Capital, LLC/David Homrich-AMB Foundation
dhomrich@ambfo.com

Roger Tutterow
tutterowrc@kennesaw.edu

Samuel Calvin Rogers
sregorlac76@att.net

Steve Kramer
steve.kramer@aol.com

Sterling National Bank
c/o Jank Kopnisky, President & CEO
400 Rella Blvd
Montebello, NY 10901
cls-ctls_Glendale_Customer_Service@wollenskulwer.com
Fax 845-369-8175

Marsha Crowder
Royal Waffle Corporation
Standford Opportunity Fund, LLC
c/o Ira K. McKee
The McKee Firm
140 Vann Street – Suite 420
Marietta, GA 30060
iramckee@outlook.com

This 14th day of April, 2015.

**M. DENISE DOTSON, LLC**

_s/ M. Denise Dotson_
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Proposed Attorney for Debtor and Debtor in
Possession