IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FACTEON, LLC, | ) | CASE NO. 15-56916 |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR APPROVAL OF
EMPLOYMENT OF DEBTOR'S ATTORNEY**

COMES NOW, Facteon, LLC, (hereinafter "Applicant") and respectfully applies for approval to employ attorneys pursuant to 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002. The grounds for this Application are:

1.

On April 14, 2015, Applicant filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code").  No Trustee has been appointed.  Applicant continues to operates its business and manage its affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2.

Applicant wishes to employ the law firm of M. Denise Dotson, LLC ("Firm") as counsel in this Chapter 11 case.

3.

Attorneys of the Firm are admitted to practice before this Court, are familiar with the Applicant's legal and operational problems, have knowledge and experience in bankruptcy practice, and are well qualified to represent Applicant.

4.

During the Chapter 11 case, Applicant will require professional services from attorneys, including:

(a) Preparation of pleadings and applications;

(b) Conduct of examination;

(c) Advising Applicant of its rights, duties and obligations as a debtor-in-possession;

(d) Consulting with Applicant and representing Applicant with respect to a Chapter 11 plan;

(e) Performing those legal services incidental and necessary to the day-to-day operations of Applicant's business, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business and corporate legal advice and assistance;

(f) Taking any and all other action incident to the proper preservation and administration of Applicant's estate and business.

5.

With the filing of such petition, Applicant has the immediate need to retain counsel to handle the prosecution of Chapter 11 proceedings, to handle challenges against its interests by others and to otherwise represent its interest on legal matters falling under the jurisdiction of this Court.

6.

Except as set forth in the attached Affidavit, to the best of Applicant's knowledge: (a) M. Denise Dotson, LLC represents no interests adverse to Applicant in the matters upon which the

firm is to be engaged for Applicant; (b) M. Denise Dotson, LLC has had no connection with Applicant, its creditors or any party in interest, or their respective attorneys and accountants, and (c) the firm's appointment will be in the best interest of Applicant and Applicant's Estate.

7.

Applicant desires to employ M. Denise Dotson, LLC at the firm's ordinary rates for comparable work, plus reasonable expenses, subject to review by the Court, during the pendency of this bankruptcy case. The firm has stated present fee rates of $250.00 per hour for attorneys, $125.00 for law clerk time and $75.00 per hour for para-professionals. Rates may be adjusted from time-to-time.

8.

Attached hereto and incorporated herein by reference is the Affidavit of M. Denise Dotson, offered in support of this Application.

WHEREFORE, Applicant prays that it be authorized to employ M. Denise Dotson, LLC as its attorneys in this Chapter 11 case.

Respectfully submitted this 14th day of April, 2015.

                                       */s/    Tom Nort*____
                                       By:   Tom Nort
                                       President

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FACTEON, LLC, | ) | CASE NO. 15- |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT IN SUPPORT OF DEBTOR'S APPLICATION
## FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY

Before the undersigned officer, duly authorized to administer oaths, appeared M. Denise Dotson, who, after being duly sworn, deposed and said:

1. I am a member in the law firm of M. Denise Dotson, LLC (the "Firm") and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein. This Affidavit is offered in support of the Application of the Debtor in the above-styled case to employ the Firm as the Debtor's attorney (the "Application"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2. Neither I nor the Firm have or represent any interest adverse to the Debtor or the Debtor's estate, or have had any connections with the Debtor, the Debtor's creditors, any other party in interest or their respective attorneys or accountants except to any extent disclosed herein. The Firm provided legal services to the Debtor prior to the date of the bankruptcy filing. The Firm received one payment from the Debtor. The Firm is not a creditor of the Debtor.

3. The Firm has no partners, associates or other professional employees who are related to any Judge of the United States Bankruptcy Court for the Northern District of Georgia.

4. Neither I nor the Firm have agreed to share any compensation or reimbursement under 11 U.S.C. § 503(b) with any other person except within the Firm pursuant to the partnership agreement of the members of the Firm. The Firm received an $18,283.00 retainer prior to the petition filing, plus, a filing fee in the amount of $1,717.00. The Firm applied $10,575.00 to fees and $1,717.00 for payment of the filing fee. The Firm received a replenishment of the retainer in the amount of $10,575.00. The Firm is currently holding $18,283.00 in its escrow account. The Firm will hold the retainer and will only disburse the retainer in accordance with Court order for payment of fees in accordance with 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code.

5. I am duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts. I have substantial experience in practice before the United States Bankruptcy Court for the Northern District of Georgia and before other Bankruptcy Courts.

6. To the best of the undersigned's knowledge, information and belief, employment of the Firm as attorneys for the Debtor would be appropriate under 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002.

FURTHER AFFIANT SAYETH NOT.

/s/ M. Denise Dotson
M. Denise Dotson

Sworn to and subscribed before me
This 14th day of April, 2015.

/s/ Heather Michelle Miller
Notary Public
My Commission Expires: 21 September 2018

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FACTEON, LLC, | ) | CASE NO. 15- |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the within and foregoing application and affidavit by placing same in a properly addressed envelope with adequate postage affixed thereon by placing same in the U.S. Mail upon the following:

United States Trustee's Office
362 Richard B. Russell Federal Bldg
75 Spring Street, SW
Atlanta, GA  30303

Facteon, LLC
c/o Eric Benson
700 Galleria Parkway, Suite 440
Marietta, GA 30039

This 14th day of April, 2015.

M. DENISE DOTSON, LLC

*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
Proposed Attorney for Debtor
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
(404) 526-8855 Facsimile