IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FACTEON, LLC, | ) | CASE NO. 15-56916 |
| | ) | |
| Debtor. | ) | |

## MOTION TO ESTABLISH BAR DATE FOR FILING PROOFS OF CLAIM

COMES NOW, Facteon, LLC, ("Debtor"), debtor and debtor in possession in the above-captioned case, by and through undersigned counsel, and hereby files this "Motion to Establish Bar Date for Filing Proofs of Claim" (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

### Jurisdiction

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. On April 14, 2015, ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified, or supplemented the "Bankruptcy Code"). In accordance with Sections 1107(a) and 1108 of the Bankruptcy Code, Debtor continues to operate his business and manage his affairs as a debtor in possession.

## Relief Requested

3.  Debtor requests entry of an order establishing May 30, 2015, (the "Bar Date"), as the deadline for all creditors and parties-in-interest asserting a claim against the Debtor arising before the Petition Date to file a proof of claim.

4.  Section 105 of the Bankruptcy Code codifies the inherent equitable powers of the Bankruptcy Court.  *See Croton River Club v. Half Moon Bay Homeowners' Assoc., Inc., (In re Croton River Club)*, 52 F.3d 41, 45 (2nd Cir. 1995).

5.  Rule 3002(c)(3) of the Federal Rules of Bankruptcy Procedure provides, in pertinent part, that the "court shall fix and for cause shown may extend the time within which proofs of claim or interest may be filed."

6.  Establishing a proof of claim bar date would assist the Debtor with implementing a plan of reorganization and would aid in administering the estate. Creditors will have in excess of sixty (60) days to timely file their claims.

WHEREFORE, Debtor requests that this Court enter an order establishing May 30, 2015, as the deadline for filing proofs of claim or interests in this case and granting such other and further relief as is deemed just and proper.

Respectfully submitted this 14th day of April, 2015.

                                                  **M. DENISE DOTSON, LLC**

                                                  /s/*M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com
Proposed Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served a copy of the foregoing motion on all parties referenced below by depositing a copy of the same in the United States Mail, postage prepaid:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

John A. Christy
Schreeder Wheeler & flint, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, GA 30309

John Wesley Mills, III
Barnes & Thornburg, LLP
Prominence in Buckhead, Suite 1700
3475 Piedmont Road, NE
Atlanta, GA 30305

This 14th day of April, 2015.

**M. DENISE DOTSON, LLC**

/s/*M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com
Proposed Counsel

3