UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 115-56916-BEM |
| FACTEON, LLC, ) | Chapter 11 |
| ) | |

## NOTICE OF APPEARANCE

Please take notice that, pursuant to Bankruptcy Rule 9010(b), John A. Christy, Esq. of the firm of Schreeder, Wheeler & Flint, LLP, whose office address and telephone number appears below, hereby enters an appearance in the above-referenced case as counsel for the Ad-Hoc Committee of Noteholders of Facteon, LLC (the "Ad-Hoc Committee") and hereby authorizes you to enter such appearance and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, the Ad-Hoc Committee requests that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address and/or e-mail address below:

John A. Christy, Esq.
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
404-681-3450 (telephone)
404-681-1046 (facsimile)
jchristy@swfllp.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-reference cases and the proceedings.

Please take further notice that he Ad-Hoc Committee intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final orders in noncore matters entered only after *de novo* review by the district judge; (2) trial by jury in an proceeding so triable in these cases or any cases, controversy or proceeding related to these cases; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which he Ad-Hoc Committee of Noteholders of Facteon, LLC is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

This the 14th day of April, 2015.

**(SIGNATURE APPEARS ON THE FOLLOWING PAGE.)**

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518
*Attorney for the Ad-Hoc Committee of Noteholders of Facteon, LLC*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
Telephone:  (404) 681-3450
Facsimile:   (404) 681-1046
E-mail:       jchristy@swfllp.com
K:\9178\1\15-56916 [USBC]\Notice of Appearance [JAC].docx

## CERTIFICATE OF SERVICE

This certifies that I have, this day, served the foregoing NOTICE OF APPEARANCE on all parties to this action via ECF electronic filing and/or by placing a true and correct copy thereof in the United States mail, in a properly-addressed envelope with adequate postage affixed thereon, addressed to:

M. Denise Dotson
M. DENISE DOTSON, LLC
170 Mitchell Street
Atlanta, Georgia 30303

United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, Georgia 30303

This the 14th day of April, 2015.

/s/ *John A. Christy*
JOHN A. CHRISTY
Georgia Bar No. 125518
*Attorney for the Ad-Hoc Committee of Noteholders of Facteon, LLC*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
Telephone:  (404) 681-3450
Facsimile:  (404) 681-1046
E-mail:     *jchristy@swfllp.com*