**IT IS ORDERED as set forth below:**

**Date: April 14, 2015**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FACTEON, LLC, | ) | CASE NO. 15-56916-bem |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FACTEON, LLC, | ) | |
| | ) | |
|     Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| STERLING NATIONAL BANK, | ) | |
| ANDREW NORWOOD, LINDA NORWOOD, | ) | |
| ROBERT NORWOOD, THOMAS NORWOOD | ) | |
| DIANE M. ASHKOUTI, TABAS TWO, LLLP, | ) | |
| ROYAL WAFFLE KING CORPORATION, | ) | |
| MARSHA CROWDER, STANDFORD | ) | |
| OPPORTUNITY FUND, LLC, | ) | |
|     Respondents. | ) | |
| | ) | |

**ORDER AND NOTICE OF HEARING ON MOTION REQUESTING ENTRY
OF INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL
AND AUTHORIZING PAYMENT OF PREPETITION WAGES AND TAXES**

PLEASE TAKE NOTICE that on April 14, 2015 Facteon, LLC ("Debtor") filed a Motion Requesting Entry of Interim Order Authorizing the Use of Cash Collateral (the "Cash Collateral Motion"), Motion Requesting Entry of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes (the "Payroll Motion").

In the Cash Collateral Motion, Debtor requested entry of an order authorizing the interim use of cash collateral on an interim basis and scheduling a final hearing on cash collateral use. Debtor further requested an expedited hearing. In the Payroll Motion, Debtor requested entry of an order authorizing the payment of prepetition payroll and associated taxes that will be due and owing on April 15 and April 30, 2015.

In the Cash Collateral Motion and Payroll Motion, Debtor requested the scheduling of an expedited hearing to prevent continued operations, payment of employees and avoid immediate and irreparable harm. Based upon a review of the pleadings and the representations contained therein, the Court concludes good and sufficient cause exists to grant the request for an expedite hearing. Accordingly, it is hereby ORDERED that Debtor's request for an expedited hearing is GRANTED.

PLEASE TAKE NOTICE the Cash Collateral Motion and the Payroll Motion are available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at **http://ecf.ganb.uscourts.gov** (registered users) or at **http://pacer.psc.uscourts.gov** (unregistered users).

PLEASE TAKE NOTICE that the Court shall hold a hearing on the Motion on the **15th day of April, 2015, at 2:00 o'clock p.m.**, in **Courtroom 1402**, U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303,

**Remainder of Page Left Intentionally Blank**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.

It is further ordered that Debtor's counsel shall serve a copy of this Order and Notice via electronic transmission, facsimile or overnight delivery. Counsel is further directed to file a certificate of service setting forth the manner and method of service prior to the hearing.

This 14th day of April, 2015.

**M. DENISE DOTSON, LLC**

*s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Attorney for Debtor and Debtor in Possession