**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **FACTEON, LLC,** | ) | **CASE NO.** |
| | ) | |
|    **Debtor.** | ) | |
| | ) | |
| **FACTEON, LLC,** | ) | |
| | ) | |
|    **Movant,** | ) | **CONTESTED MATTER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **STERLING NATIONAL BANK,** | ) | |
| **ANDREW NORWOOD, LINDA NORWOOD,** | ) | |
| **ROBERT NORWOOD, THOMAS NORWOOD** | ) | |
| **DIANE M. ASHKOUTI, TABAS TWO, LLLP,** | ) | |
| **ROYAL WAFFLE KING CORPORATION,** | ) | |
| **MARSHA CROWDER, STANDFORD** | ) | |
| **OPPORTUNITY FUND, LLC,** | ) | |
|    **Respondents.** | ) | |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have served a true and correct copy of the "**Motion Requesting Entry Of Interim Order Authorizing The Use Of Cash Collateral, Scheduling An Expedited Hearing On The Request For Interim Use Of Cash Collateral And Scheduling Final Hearing On Debtor's Request To Use Cash Collateral**", "**Motion Requesting Entry Of Order Authorizing Payment Of Prepetition Wages, Salaries, And Taxes And Request For Expedited Hearing**" and "**Order and Notice on Motion Requesting Entry of Interim Order Authorizing the Use of Cash Collateral and Authorizing Payment of Prepetition Wages and Taxes**" via electronic transmission, facsimile or USPO Overnite Delivery as noted upon those parties referenced below:

      Office of the United States Trustee
      362 Richard B. Russell Federal Building
      75 Spring Street
      Atlanta, GA 30303
      Guy.gebhardt@usdoj.gov

Diana M. Ashkouti
50 Old Stratton Chase
Atlanta, GA 30328
albert@fgmc.net

TABAS II LLLP
c/o Albert Ashkouti
Century Springs West
6000 Lake Forrest Drive Suite 400
Atlanta, GA 30328
albert@fgmc.net

Thomas Norwood
Robert Norwood
Linda Norwood
Albert Norwood
c/o John Mills
Barnes & Thornburg, LLP
Prominence in Buckhead, Suite 1700
3475 Piedmont Road, NE
Atlanta, GA 30305
John.mills@btlaw.com

John Christy
Schreeder Wheeler & Flint, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
jchristy@swfllp.com

Annette Reed
annereed@annereed.net

Allison Drummond/Equity Trust Company
adrummond@strategicalt.com

Barclay & Lorita Resler
btresler@gmail.com

Bonita Tew
Bonnie.tew@gmail.com

Daniel J. Homrich
dan@thehomrichs.com


Edward C. Mitchell
mitchec@bellsouth.net


Fred C. Hollmer
800 Jett Ferry Manor
Atlanta, GA 30350
FedEx delivery


Gary L. Beck
Lincoln Trust
PO Box 5831
Denver, CO 80217
US Postal Service Overnite


John Whitmore
jgw2cpa@yahoo.com


Lawson K. Broadrick
300 Landfill Rd. NW
Atlanta, GA 30328
FedEx delivery


Lester Sheppard
1081 Flemings Knoll
Greensboro, GA 30642
FedEx delivery


Michael Brumit
1090 Waterbury Close
Powder Springs, GA 30127
FedEx delivery

Polestar Capital, LLC/David Homrich-AMB Foundation
dhomrich@ambfo.com


Roger Tutterow
tutterow_rc@kennesaw.edu
tutterowrc@kennesaw.edu


Samuel Calvin Rogers
sregorlac76@att.net


Steve Kramer
steve.kramer@aon.com

Sterling National Bank
c/o Jank Kopnisky, President & CEO
400 Rella Blvd
Montebello, NY 10901
cls-ctls_Glendale_Customer_Service@wollenskulwer.com
FAX 845-369-8175

Marsha Crowder
Royal Waffle Corporation
Standford Opportunity Fund, LLC
c/o Ira K. McKee
The McKee Firm
140 Vann Street – Suite 420
Marietta, GA 30060
iramckee@outlook.com

This 14th day of April, 2015.

**M. DENISE DOTSON, LLC**

*s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, Georgia  30303
(404) 526-8869
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Proposed Attorney for Debtor and Debtor in
Possession