# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-56916 - BEM |
| | : | |
| FACTEON LLC, | : | |
| f/d/b/a Facteon, Inc., | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance as counsel for Guy G. Gebhardt, Acting United States Trustee, Region 21, in the above-captioned case.

        Respectfully submitted,
        GUY G. GEBHARDT
        ACTING UNITED STATES TRUSTEE
        REGION 21

        */s  David S. Weidenbaum*
        DAVID S. WEIDENBAUM
        Georgia Bar No. 745892
        Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303
404.331.4437
david.s.weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was this day sent by electronic mail to the following:

M. Denise Dotson
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303
ddotsonlaw@me.com

      This the 15th day of April, 2015.

                                                           */s  David S. Weidenbaum*
                                                         DAVID S. WEIDENBAUM