**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO.: 15-56916-bem |
| | ) | |
| FACTEON, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Thomas Norwood, Linda Norwood, Robert Norwood and Andrew Norwood (collectively, the "Norwoods"), by undersigned counsel, hereby give their Notice of Appearance, and respectfully request that copies of all documents (other than proofs of claim) filed in the above-captioned chapter 11 case (this "Case") be given to and served upon the following:

> John W. Mills, III
> Georgia Bar No. 509705
> Barnes & Thornburg LLP
> Prominence in Buckhead
> 3475 Piedmont Road, NE, Suite 1700
> Atlanta, Georgia 30305-3327
> Telephone: (404) 264-4030
> Facsimile: (404) 264-4033
> Email: john.mills@btlaw.com

Counsel authorizes service by email to the following email address: john.mills@btlaw.com.

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver by the Norwoods of any of (a) their rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) their rights to trial by jury in any proceeding as to any and all matters so triable; (c) their rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) their other rights, claims, defenses, setoffs, or other matters.

All of such rights hereby are reserved and preserved by the Norwoods, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this Case.

    Respectfully submitted this 15th day of April, 2015.

                        /s/ John W. Mills, III
                        John W. Mills, III
                        Barnes & Thornburg LLP
                        Prominence in Buckhead
                        3475 Piedmont Road, N.E., Suite 1700
                        Atlanta, Georgia 30305-3327
                        Phone: (404) 264-4030
                        Facsimile: (404) 264-4033
                        Email:  john.mills@btlaw.com
                        Georgia State Bar No. 509705

                        *Attorneys for Thomas Norwood, Linda Norwood, Robert Norwood and Andrew Norwood*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appearance* was filed electronically this 15th day of April, 2015.  Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.

/s/ John W. Mills, III

ATDS01 256433v1