**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Case) (12/12)       Case Number **15−56916−bem**

---

UNITED STATES BANKRUPTCY COURT Northern District of Georgia

---

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 4/14/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

---

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Facteon LLC
fdba Facteon, Inc.
700 Galleria Pkwy., Suite 440
Atlanta, GA 30339

---

| Case Number:<br>15−56916−bem | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>46−4964020 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell St.<br>Atlanta, GA 30303<br>Telephone number:  (404) 526−8869 | |

---

## Meeting of Creditors

Date:  **May 11, 2015**       Time:  **10:00 AM**
Location:  **Third Floor – Room 367, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

---

## Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

---

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

---

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

---

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number:  404−215−1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  4/15/15 |

## EXPLANATIONS                                      B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make to the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 15-56916-bem
Facteon LLC                                                               Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: ramos          Page 1 of 3          Date Rcvd: Apr 15, 2015
                             Form ID: b9f          Total Noticed: 123


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2015.
db          +Facteon LLC,    700 Galleria Pkwy., Suite 440,    Atlanta, GA 30339-5943
aty          John A. Christy,    Schreeder, Wheeler & Flint, LLP,    1100 Peachtree Street,    Suite 800,
             Atlanta, GA  30309-4516
aty         +John W. Mills, III,    Barnes & Thornburg LLP,    Suite 1700,    3475 Piedmont Road, NE,
             Atlanta, GA 30305-3327
smg          Secretary of the Treasury,    15th & Pennsylvania Avenue, NW,    Washington, DC  20200
18963308     A. Trent Germano,    PO Box 420648,    Atlanta, GA 30342-0648
18963309    +Ackerman LLP,    Po Box 4906,    Orlando, FL 32802-4906
18963310    +Albert M. Pearson,    3849 West Nancy Creek Place,    Atlanta, GA 30319-4816
18963311    +Alexandria W. Owen/Glends,    McCormick Lewis,    1 Old Paces Place,    Atlanta, GA 30327-2469
18963312    #+Alison Drummond,    Equity Trust Company,    225 Burns Road,    Elyria, OH 44035-1512
18963313    +Andrew C. Norwood,    510 S. Washington Street,    Denver, CO 80209-4308
18963314    +Anna Kramer,    2825 Northbrook Drive,    Atlanta, GA 30340-4905
18963315     Annette Reed,    3921 Glenhurst Dr. SE,    Atlanta, GA 30340
18963316    +Barclay & Lorita Resler,    7721 Crossover Drive,    Mc Lean, VA 22102-2507
18963317    +Barclay T. Resler III,    7775 Walton Pkwy.,    New Albany, OH 43054-8202
18963318    +Bonita Tew,    16341 E Dakota Rd,    Claremore, OK 74017-4498
18963319    +Brandon Ashkouti,    Century Springs West,    6000 Lake Forrest Dr., Ste 400,
             Atlanta, GA 30328-3896
18963320    +C. Paul  & Shirley Jolly,    4431 Davidson Ave,    Atlanta, GA 30319-1127
18963321    +Catherine Nort,    2178 LeBaron Drive,    Atlanta, GA 30345-3866
18963322     Charlene Shikany,    1715 N. Holly Ln.,    Atlanta, GA 30329-3523
18963323    +Charlie Shikany,    1400 F Church St.,    Decatur, GA 30030-1525
18963324    +Charlie Shikany,    1715 N. Holly Lane,    Atlanta, GA 30329-3523
18963325    +Christa Shikany,    1914 Timothy Dr. NE,    Atlanta, GA 30329-2413
18963326    +Corners Court, LLC,    Century Springs West,    6000 lake Forrest Dr., Ste 400,
             Atlanta, GA 30328-3896
18963327    +Cozen O'Conner,    199 Market St.,    Philadelphia, PA 19106
18963328    +D & B,    PO Box 75434,    Chicago, IL 60675-5434
18963329     Daniel J. Homrich,    1947 Carrington Ct.,    Stone Mountain, GA 30087-1447
18963330    +Darrius Soodmand,    1765 Mayfield Rd.,    Alpharetta, GA 30009-3149
18963331    #+David C. Smith,    Equity Trust Company,    225 Burns Rd.,    Elyria, OH 44035-1512
18963332    +Dawn Connell,    10108 Buggy Horse Rd,    Charlotte, NC 28277-6686
18963333    +Dean or Kathleen Fowler,    8385 Sentinae Chase Dr.,    Roswell, GA 30076-3351
18963334    +Diane & Mitchell Domit,    5301 Ashley Trace,    Atlanta, GA 30360-1200
18963335    +Diane A. Domit,    5301 Ashley Trace,    Atlanta, GA 30360-1200
18963336    +Diane M. Ashkouti,    50 Old Stratton Chase,    Atlanta, GA 30328-3652
18963337    +Donald W. Paul,    3770 Harbour Landing Dr.,    Gainesville, GA 30506-1029
18963338    #+Dr. Paula Elliott,    9460 Magnolia Crossing Dr.,    Greenwell Springs, LA 70739-4653
18963339    +Edward C. Mitchell,    TD Ameritrade, Inc.,    4075 Sorrento Valley Blvd,
             San Diego, CA 92121-1404
18963340     Edward P. and Sara Clancy,    749 Camp Woods Rd.,    Villanova, PA 19085-1004
18963341    +Ellis A. Mansour,    7 Mission Dr.,    Newnan, GA 30263-4749
18963342    +Frank or Margaret Wilder,    3434 Rhett Butler,    Hernando, MS 38632-6631
18963343    +Fred C. Hollmer,    800 Jett Ferry Manor,    Atlanta, GA 30350-4710
18963344    +Gary L. Beck,    Lincoln Trust,    PO Box 5831,    Denver, CO 80217-5831
18963345    +Gary Pheasant,    1099 Lanier Blvd.,    Atlanta, GA 30306-3546
18963346    +Glass Ratner,    3424 Peachtree Rd, NE,    Suite 2150,    Atlanta, GA 30326-2869
18963347    +Glenda F. McCormick-Lewis,    1 Old Paces Place,    Atlanta, GA 30327-2469
18963348    +Gracyn Sullivan,    Century Springs West,    6000 Lake Forrest Dr., Ste 400,
             Atlanta, GA 30328-3896
18963349    +Herbert of Rose Marie Paul,    6821 Huntingridge Rd,    Chapel Hill, NC 27517-8673
18963350     INPO,    700 Galleria Parkway Suite 400,    Snellville, GA 30039
18963351    +Interactive Insurance Solution,    c/o Mr. John Todd,    729 Ragsdale Rd.,
             Sharpsburg, GA 30277-2732
18963352    +Jack F. Crowder,    TD Ameritrade,    4075 Sorrento Valley Blvd,    San Diego, CA 92121-1404
18963353    +James E Vann,    1354 Murrays Loch Place,    Kennesaw, GA 30152-8284
18963354    +James K Cheney,    200 River Bottom Rd,    Athens, GA 30606-6468
18963355    +Janet Ashkouti,    Century Springs West,    6000 Lake Forrest Dr., Ste 400,
             Atlanta, GA 30328-3896
18963356    +Jeanette Ramming/Jan Ramming,    1 Lewis St.,    Hillsborough, NJ 08844-1150
18963357    +John Todd,    729 Ragsdale Rd,    Sharpsburg, GA 30277-2732
18963358    +John Whitmore,    209 S. STEPHANIE ST. STE B-169,    Henderson, NV 89012-5501
18963359    +Joseph Kolshak,    19591 Vintage Trace Cir,    Fort Myers, FL 33967-5532
18963360    +Katherine Pheasant,    1099 Lanier Blvd,    Atlanta, GA 30306-3546
18963361    +Kathleen McFadden,    TD Ameritrade,    4075 Sorrento Valley Blvd,    San Diego, CA 92121-1404
18963362    +Keagan R. Lenihan,    3627 Trinity Drive,    Alexandria, VA 22304-1840
18963363    +Keith Caldwell,    1723 Sweet Branch Trl,    Grayson, GA 30017-4125
18963364    +Kelli & Kevin Sullivan,    Century Springs West,    6000 Lake Forrest Dr., Ste 400,
             Atlanta, GA 30328-3896
18963365    +Kendall Summerhawk,    NTC & Co fbo Kendall Summerhaw,    P.O. Box 173859,
             Denver, CO 80217-3859
18963366    +Land Associates, Inc.,    200 River Bottom Rd.,    Athens, GA 30606-6468
18963367    +Larue S Sellars,    2308 Huntingdon Chase,    Dunwoody, GA 30350-4963

```
District/off: 113E-9          User: ramos              Page 2 of 3             Date Rcvd: Apr 15, 2015
                             Form ID: b9f              Total Noticed: 123
```

```
18963369      +Lawson K Broadrick,   300 Landfall Rd. NW,   Atlanta, GA 30328-1827
18963370      +Lester Sheppard,   1081 Flemings Knoll,   Greensboro, GA 30642-3883
18963371      +Linda Haley Blumberg,   c/o Drew Blumberg ADB Services,   8215 Roswell Rd., Bldg 1100,
               Atlanta, GA 30350-6446
18963372      +Linda Norwood,   1190 Crest Valley Dr,   Atlanta, GA 30327-4500
18963373      +Lisa Barranco Murphy,   Mountain Lake,   P.O. Box 832,   Lake Wales, FL 33859-0832
18963374      +Marilyn & David Pheasant,   21 Madison Ave.,   Rochester, NH 03867-1818
18963375       Mark Homrich,   Charles Schwab Orlando Ops Cen,   P.O. Box 628291,   Orlando, FL 32862-8291
18963376      +Marsha M. Crowder,   325 McDaniel Rd,   Marietta, GA 30064-2090
18963377      +Mary E Carlson,   335 Hammond Dr., Unit 618,   Atlanta, GA 30328-5005
18963378       Mary Grace Miller,   3872 Chaucer Wood,   Atlanta, GA 30319-1672
18963379       Mary P. Carlson,   385 Hammond Drive,   Unit 618,   Atlanta, GA 30328
18963380      +Merrell F Adams,   TD Ameritrade,   4075 Sorrento Valley Blvd,   San Diego, CA 92121-1404
18963381      +Merrill Lynch,   Attn: Vicki Lloyd,   150 N. College St. Suite 2800,   Charlotte, NC 28255-0001
18963382      +Michael Brumit,   1090 Waterbury Close,   Powder Springs, GA 30127-4942
18963383      +Michael J Goldman,   1094 Lanier Blvd,   Atlanta, GA 30306-3569
18963384       Michael Kramer,   3646 Emerald St.,   APT 131,   Torrance, CA 90503
18963386      +Michael Shikany,   1715 N Holly Ln,   Atlanta, GA 30329-3523
18963385      +Michael or Ramona Sauter,   3329 Collier Pt,   Dacula, GA 30019-2986
18963387      +Michelle Mansour,   9 Mission Drive,   Newnan, GA 30263-4749
18963388      +Mike Jennings,   9810 Ottobahn,   Amarillo, TX 79119-3870
18963389      +Mrs. John Tutterow aka Dawn,   177 N. Highland #1114,   Memphis, TN 38111-4769
18963390      +Ned T Murphy,   Mountain Lake,   P.O. Box 832,   Lake Wales, FL 33859-0832
18963392      +Patric Jordan,   445 Cameron Valley Ct,   Atlanta, GA 30328-4711
18963393      +Peter MacGregor,   904 Steam Valley Trl.,   Alpharetta, GA 30022-6475
18963394      +Pierce Resler Coffee,   805 Cresent Dr,   Alexandria, VA 22302-2214
18963395      +Polestar Capital, LLC,   David Homrich - AMB Foundation,   3223 Howell Mill Rd, NW,
               Atlanta, GA 30327-4105
18963398      +RC and Betty Atchley,   1300 S Harrison, Apt #305,   Amarillo, TX 79101-4200
18963401      +RJK Ventures LLLP,   2130 Clay Dr.,   Atlanta, GA 30350-3604
18963396      +Rachel Hammer,   3508 Meeting House Mtn. Rd.,   Clayton, GA 30525-4772
18963397      +Ramona J Sauter,   3329 Collier Pt,   Dacula, GA 30019-2986
18963399       Rebecca Fredericks,   P.O. Box 1325,   Alpharetta, GA 30009-1325
18963400      +Richard Martin,   2460 Brookhaven Heights Ct,   Atlanta, GA 30319-5243
18963402      +Rob Vaka,   140 Stone Pond Lane,   Alpharetta, GA 30022-5542
18963403      +Robert & Marian Huttman,   1252 Hampton Hall Dr,   Atlanta, GA 30319-1914
18963404      +Robert Caldwell,   4628 Robie Rd,   Lilburn, GA 30047-4776
18963405      +Robert E Flanagan Sr,   15 Mansour Dr,   Newnan, GA 30263-1507
18963406      +Robert Norwood,   834 Kipling Dr.,   Atlanta, GA 30318-1635
18963407      +Roger C Tutterow,   502 Vinings Crest,   Smyrna, GA 30080-4697
18963408      +Royal Waffle King Corp,   1459 Field Park Circle,   Marietta, GA 30066-5946
18963409      +Samuel Calvin Rogers,   4396 Paces Point Circle,   Smyrna, GA 30080-6384
18963410      +Sandra Gould,   88 Poor Farm Rd,   Lyman, ME 04002-7770
18963413      +Shops @ South Cobb, LLC,   Century Springs West,   6000 Lake Forrest Dr, Ste 400,
               Atlanta, GA 30328-3896
18963415      +Skylar E Sullivan,   Century Springs West,   6000 Lake Forrest Dr., Ste 400,
               Atlanta, GA 30328-3896
18963416      +Stanford Opportunity Fund LLC,   c/o Charlie Crowder,   1459 Field Park Circle,
               Marietta, GA 30066-5946
18963417      +Steve Kramer,   TD Ameritrade,   4075 Sorrento Valley Blvd,   San Diego, CA 92121-1404
18963418      +Steve Wilder,   3862 Montford,   Atlanta, GA 30341-1840
18963419      +Sutton Resler,   7721 Crossover Drive,   Mc Lean, VA 22102-2507
18963420      +Tabas II LLP,   Century Springs West,   6000 Lake Forrest Dr., Ste 400,
               Atlanta, GA 30328-3896
18963421      +Ted Crowder,   1045 Grimes Bridge Rd.,   Roswell, GA 30075-3902
18963422      +Thomas W. Norwood,   1190 Crest Valley Dr,   Atlanta, GA 30327-4500
18963424      +Top Rows LLC,   2870 Peachtree Road`,   Box 998,   Atlanta, GA 30305-2918
18963425      +Ullman & Ullman PA,   150 East Palmetto Park,   Boca Raton, FL 33432-4843
18963426      +William D. Walsh,   4920 Hadaway Rd,   Kennesaw, GA 30152-3804
18963427      +Williams Lopato PLLC,   1707 L Street NW,   Suite 550,   Washington, DC 20036-4212
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 15 2015 21:24:28     David S. Weidenbaum,
               Office of the U.S. Trustee,   362 Richard B. Russell Bldg.,   75 Spring Street, SW,
               Atlanta, GA 30303-3330
aty            E-mail/Text: ddotsonlaw@me.com Apr 15 2015 21:23:08     M. Denise Dotson,
               M. Denise Dotson, LLC,   170 Mitchell St.,   Atlanta, GA  30303
smg            EDI: IRS.COM Apr 15 2015 20:48:00     Internal Revenue Service,   P. O. Box 7346,
               Philadelphia, PA  19101-7346
smg            E-mail/Text: atlreorg@sec.gov Apr 15 2015 21:24:40     U. S. Securities and Exchange Commission,
               Office of Reorganization,   Suite 900,   950 East Paces Ferry Road, NE,
               Atlanta, GA  30326-1382
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 15 2015 21:24:28
               Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
                                                                          TOTAL: 5
```

```
District/off: 113E-9          User: ramos           Page 3 of 3          Date Rcvd: Apr 15, 2015
                              Form ID: b9f           Total Noticed: 123


          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18963344      Fred Nort
18963391      Pat Jordan
18963412      Sara Pheasant
18963414      Short Term Notes
18963423      Tom Nort
18963411    ##+Sara P. Reed,   1285 Lanier Pl., NE,   Atlanta, GA 30306-3331
                                                                    TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2015 at the address(es) listed below:
          David S. Weidenbaum   on behalf of U.S. Trustee   Office of the United States Trustee
          david.s.weidenbaum@usdoj.gov
          John A. Christy   on behalf of Creditor   The Ad-Hoc Committee of Noteholders of Facteon, LLC
          jchristy@swfllp.com
          John W. Mills, III   on behalf of Creditor Andrew  Norwood john.mills@btlaw.com,
          bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
          John W. Mills, III   on behalf of Creditor Robert  Norwood john.mills@btlaw.com,
          bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
          John W. Mills, III   on behalf of Creditor Linda  Norwood john.mills@btlaw.com,
          bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
          John W. Mills, III   on behalf of Creditor Thomas  Norwood john.mills@btlaw.com,
          bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
          M. Denise Dotson   on behalf of Debtor   Facteon LLC ddotsonlaw@me.com,  mdd@trustesolutions.com
          Office of the United States Trustee   ustpregion21.at.ecf@usdoj.gov
                                                                    TOTAL: 8
```