**IT IS ORDERED as set forth below:**

**Date: April 17, 2015**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| FACTEON, LLC, | ) | CASE NO. 15-56916-bem |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| FACTEON, LLC, | ) | |
| | ) | |
|     Movant, | ) | CONTESTED MATTER |
| | ) | |
| vs. | ) | |
| | ) | |
| STERLING NATIONAL BANK, | ) | |
| ANDREW NORWOOD, LINDA NORWOOD, | ) | |
| ROBERT NORWOOD, THOMAS NORWOOD | ) | |
| DIANE M. ASHKOUTI, TABAS TWO, LLLP, | ) | |
| ROYAL WAFFLE KING CORPORATION, | ) | |
| MARSHA CROWDER,STANDFORD | ) | |
| OPPORTUNITY FUND, LLC, | ) | |
|     Respondents. | ) | |

**ORDER AUTHORIZING PAYMENT OF PREPETITION**
**WAGES, SALARIES, AND RELATED TAXES**

1

The above-captioned case came before the Court on April 15, 2015, for consideration of the "Motion Requesting Entry of Order Authorizing Payment of Prepetition Wages, Salaries, and Taxes and Request for Expedited Hearing" (the "Motion") filed by Facteon, LLC. ("Debtor") on April 14, 2015. In the Motion, Debtor requested entry of an order, in accordance with 11 U.S.C. §§ 105 and 507(a)(3) and(4) authorizing the payment of prepetition wages and salaries. Specifically, Debtor requested authorization to remit payment for payrolls for services rendered by employees and independent contractors for the period ending March 31, 2015 and April 15, 2015. As set forth in the Motion, the projected gross payroll and payments to employees totals approximately $25,000.00.

As set forth in the certificate of service, notice of the hearing was given via facsimile, electronic transmission, or overnight delivery to creditors and parties-in-interest. Given the circumstances notice of the hearing was sufficient and no further notice is required.

At the hearing the following parties appeared: (i) M. Denise Dotson, proposed counsel for the Debtor; (ii) David Weidenbaum for the Office of the United States Trustee; (iii) John Christy prepetition counsel for the Ad Hoc Noteholders Committee; and (iv) John Mills counsel for Andrew, Linda, Robert and Thomas Norwood.

No objections to the Motion were raised in open Court. Based upon a review of the Motion and based upon the representations of counsel and no objections having been raised, it appears that good and sufficient cause exists to grant the Motion. Accordingly, it is hereby ORDERED as follows:

1. The Debtor is authorized to pay its employees the accrued payroll due and owing as of the bankruptcy filing.

2. Debtor is authorized to make all normal and customary withholdings and deductions from wages and other compensation paid and to make all withholding payments or contributions required under applicable law with respect to the accrued prepetition wages and salaries set forth herein.

3. Debtor's banks are authorized and directed to honor all payroll checks issued for the prepetition payroll approved herein, to the extent that funds are available to honor such checks.

4. Debtor is authorized to issue new checks to replace any checks relating to the payroll authorized herein in the event that any such payroll checks are dishonored, provided that in no event may the aggregate amount of checks honored, including, any replacement checks, exceed the amount of the payroll authorized herein.

5. Debtor is directed to serve a copy of this Order upon the appropriate parties-in-interest within three (3) business days after entry.

END OF DOCUMENT

Order prepared and presented by:
M. DENISE DOTSON, LLC
Proposed Counsel for the Debtor


*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869 Telephone
(404) 526-8855 Facsimile
ddotsonlaw@me.com

Reviewed as to form by:
OFFICE OF THE UNITED STATES TRUSTEE

　/s/
David S. Weidenbaum
Trial Attorney, Office of US Trustee
Georgia Bar No. 748952
362 Russell Federal Building
75 Spring Street
Atlanta, GA 30303


Distribution List:
M. Denise Dotson, 170 Mitchell Street, Atlanta, GA 30303

John A. Christy, Esq., 1100 Peachtree Street, Suite 800, Atlanta, GA 30309

John Mills, Esq., Prominence in Buckhead, 3475 Piedmont Rd., NE Suite 1700, Atlanta, GA 30305

<pre>
                             United States Bankruptcy Court
                              Northern District of Georgia

In re:                                                                   Case No. 15-56916-bem
Facteon LLC                                                              Chapter 11
         Debtor
</pre>

## CERTIFICATE OF NOTICE

<pre>
District/off: 113E-9           User: slaterc                Page 1 of 1                  Date Rcvd: Apr 17, 2015
                               Form ID: pdf453              Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2015.
db            +Facteon LLC,    700 Galleria Pkwy., Suite 440,    Atlanta, GA 30339-5943
aty            John A. Christy,    Schreeder, Wheeler & Flint, LLP,    1100 Peachtree Street,   Suite 800,
               Atlanta, GA 30309-4516
aty           +John W. Mills, III,    Barnes & Thornburg LLP,    Suite 1700,   3475 Piedmont Road, NE,
               Atlanta, GA 30305-3327
aty           +M. Denise Dotson,    M. Denise Dotson, LLC,    170 Mitchell St.,    Atlanta, GA 30303-3441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 17 2015 21:45:07
               Office of the United States Trustee,    362 Richard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
</pre>

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

<pre>
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2015 at the address(es) listed below:
              David S. Weidenbaum    on behalf of U.S. Trustee    Office of the United States Trustee
               david.s.weidenbaum@usdoj.gov
              John A. Christy    on behalf of Creditor    The Ad-Hoc Committee of Noteholders of Facteon, LLC
               jchristy@swfllp.com
              John W. Mills, III    on behalf of Creditor Andrew   Norwood john.mills@btlaw.com,
               bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
              John W. Mills, III    on behalf of Creditor Robert   Norwood john.mills@btlaw.com,
               bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
              John W. Mills, III    on behalf of Creditor Linda   Norwood john.mills@btlaw.com,
               bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
              John W. Mills, III    on behalf of Creditor Thomas   Norwood john.mills@btlaw.com,
               bankruptcyatlanta@btlaw.com;bseals@btlaw.com;ccrane@btlaw.com;twalker@btlaw.com
              M. Denise Dotson    on behalf of Debtor    Facteon LLC ddotsonlaw@me.com,   mdd@trustesolutions.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                              TOTAL: 8
</pre>