UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-56916 - BEM |
| | : | |
| FACTEON, LLC, | : | |
| f/d/b/a Facteon, Inc., | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims in the above-captioned case:

See EXHIBIT "A" attached

This the 23rd day of April, 2015.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

/s/
David S. Weidenbaum
Georgia Bar No. 745892
Trial Attorney
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Email: david.s.weidenbaum@usdoj.gov

**EXHIBIT "A"**

| | |
|---|---|
| Royal Waffle King<br>c/o Charlie Crowder, President<br>1459 Field Park Circle<br>Marietta, GA 30066<br>770.528.0300<br>charliecrowder1@hotmail.com | Tabas Two LLLP<br>c/o Albert M. Ashkouti<br>6000 Lake Forest Drive<br>#400<br>Atlanta, GA 30328<br>678.553.4501<br>albert@fgmc.net |
| Lawson Broadrick<br>300 Landfall Road, NW<br>Atlanta, GA 30328<br>404.257.1359<br>lbroad@comcast.net | Daniel J. Homrich<br>1997 Carrington Court<br>Smoke Rise, GA 30087-1447<br>404.550.1109<br>dan@thehomrichs.com |
| Polestar Capital, LLC<br>c/o David E. Homrich, Manager & Owner<br>3223 Howell Mill RD, NW<br>Atlanta, GA 30327<br>404.367.2110<br>dhomrich@ambfo.com | |

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on this date I served the foregoing Appointment and Notice of Appointment of Committee to the following:

M. Denise Dotson                    via electronic mail
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, GA 30303
ddotsonlaw@me.com

and

all parties shown on Exhibit A     via U.S. Mail

                                          This the 23rd day of April, 2015.

                                          */s*_____
                                          DAVID S. WEIDENBAUM
                                          Trial Attorney