UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:                                )
                                      )    Case No. 15-56916-BEM
FACTEON, LLC,                         )    Chapter 11
                                      )
                                      )

**APPLICATION TO EMPLOY SCHREEDER, WHEELER & FLINT, LLP
AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF FACTEON, LLC, *NUNC PRO TUNC* TO APRIL 14, 2015**

COMES NOW, the duly appointed Official Committee of Unsecured Creditors for Facteon, LLC (the "Committee") and, pursuant to 11 U.S.C. § 1103(a), files this application seeking entry of an order approving the employment and retention of Schreeder, Wheeler & Flint, LLP ("SWF") as counsel to the Committee, *nunc pro tunc* to April 14, 2015. In support of this Application, the Committee shows the Court that SWF is a disinterested party with significant experience in Chapter 11 proceedings, and that SWF's representation is necessary to the Committee in performing its duties and obligations in this bankruptcy case.

**FACTUAL BACKGROUND**

Facteon, LLC ("Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on April 14, 2015 (the "Petition Date"). On April 27, 2015, the United States Trustee filed its "Amended Appointment and Notice of Amended Appointment of Committee of Creditors Holding Unsecured Claims" **[Doc. No. 25]**. The

Committee is made up of the following creditors: Royal Waffle King, Tabas Two LLLP, Lawson Broadrick, David J. Homrich, Polestar Capital, LLC, Samuel Calvin Rogers, Allison M. Drummond, Joseph C. Kolshak and Roger Tutterow.[1] At a scheduled meeting of the Committee on April 30, 2015, the Committee elected to retain SWF as its counsel in this proceeding.

This is a core proceeding pursuant to 28 U.S.C. § 157(b). The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## SCOPE OF EMPLOYMENT

The Committee requests that the Court approve its retention of SWF as its attorneys to perform certain legal services that will be necessary during the course of this Chapter 11 case, at SWF's standard hourly rates and according to SWF's normal procedures. The Committee shows the Court that SWF has considerable experience in Chapter 11 matters, as well as significant knowledge in the fields of business reorganization, debtor and creditor rights, and general corporate law. The attorneys at SWF are members in good standing of this Court and SWF is otherwise well-qualified to represent the Committee.

SWF's duties in representing the Committee will include, among other things, the following:

---

[1] The United States Trustee initially filed its "Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims" on April 23, 2015. [Doc. No. 24] appointing five members- Royal Waffle King, Tabas Two LLLP, Lawson Broadrick, David J. Homrich, and Polestar Capital, LLC.

2

- Advising and representing the Committee regarding its rights and obligations in this case;

- Representing the Committee in consultations with the Debtor and in the general administration of this case;

- Assisting the Committee in its review and analysis of the Debtor's business, including its financial condition, conduct, and management;

- Investigating and prosecuting claims of the estate and any causes of action or related matters that are discovered in the course of the case;

- Advising the Committee with respect to the reorganization of the Debtor and creating, negotiating, and implementing any such plan;

- Advising and assisting the Committee in taking any necessary action to preserve the value of the estate for the benefit of all creditors;

- Preparing and assisting the Committee in preparing motions, applications, responses, reports, and any other pleadings or necessary documents;

- Representing the Committee in hearings, conferences, and other proceedings before this Court;

The Committee shows the Court that SWF's representation is required to permit the Committee to properly and adequately discharge these and other duties under the Bankruptcy Code.

### QUALIFICATIONS AND DISINTERESTEDNESS OF SWF

As set forth in the Declaration of John A. Christy, attached hereto as **Exhibit "A"** (the "Declaration"), SWF does not hold or represent an interest adverse to the Estate except as set forth therein. SWF has not represented any entities in any matter related to this case other than the Ad Hoc Committee of Noteholders of Facteon, LLC that preceded the Committee. As set forth in the Declaration, SWF has conducted research into its relations with the Debtor and significant creditors and other parties related to the Debtor and this case. SWF may supplement its Declaration from time to time to disclose any material contacts or relationships with significant parties if they become known.

The Committee's retention of SWF will be according to SWF's standard staffing procedures and rates. The attorneys and paralegals staffed on this matter will undertake representation at their standard hourly rates, which are set forth in Exhibit 1 to the Declaration. The hourly rates of SWF's attorneys and paralegals are subject to adjustment. The attorney primarily responsible for SWF's representation of the Committee in this case is John A. Christy whose hourly rate is $450.00. SWF will also be reimbursed for reasonable and necessary expenses, subject to the approval of this Court pursuant to Sections 330 and 331 of the Bankruptcy Code. Such expenses may include travel, photocopying, delivery services, postage, vendor charges, and other out-of-pocket expenses incurred in providing professional services. SWF will submit applications for compensation

for professional fees and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code.

WHEREFORE, the Committee respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit "B"**, approving the Committee's employment of SWF as legal counsel *nunc pro tunc* to April 14, 2015, and that it have such other and further relief as is just and proper.

This the 30th day of April, 2015.

/s/ Joseph C. Kolshak
*Chairman, Official Committee of*
*Unsecured Creditors of Facteon, LLC*

6000 Lake Forest Drive
Suite 400
Atlanta, Georgia 30328

K:\9178\1\15-56916 [USBC]\Pleadings\Application to Employ SWF as Counsel for Creditors' Committee.docx

## EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:                                )
                                      )     Case No. 15-56916-BEM
FACTEON, LLC,                         )     Chapter 11
                                      )
                                      )

## DECLARATION OF JOHN A. CHRISTY INCLUDING DISCLOSURE OF COMPENSATION PURSUANT TO BANKR. R. 2014

I, JOHN A. CHRISTY, declare under penalty of perjury that:

1. I am an attorney duly admitted to practice before all state Courts of the State of Georgia, as well as this Court. I am a partner in the law firm of Schreeder, Wheeler & Flint, LLP.

2. It is my law firm that the Official Committee of Unsecured Creditors ("Official Committee") is seeking to employ by the Application to which this Declaration is attached.

3. I have extensive experience in bankruptcy, insolvency, corporate reorganization, and debtor/ creditor law. I and my firm are well qualified to represent the Official Committee in this case and willing to accept employment on the basis and terms set forth in the Application and herein.

4. SWF does not hold any interest adverse to the above-entitled estate and is disinterested person as defined by 11 U.S.C. § 101.

5. SWF do not have a pre-petition or other claim against the estate.

6.  SWF does not have any non-disclosed connection with the Debtor or the Debtor's attorney. SWF has not in the past, and does not plan in the future, to represent any related debtors or principals.

7.  SWF does not have any non-disclosed connection with any creditors or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except as disclosed in this Declaration. SWF was retained pre-petition to represent the Ad Hoc Committee of Noteholders of Facteon, LLC ("Ad Hoc Committee"). Also, SWF has and does represent a member of the Official Committee, Tabas Two, LLLP, and one of its principals Albert Ashkouti, along with entities affiliated with him and members of his family, on unrelated matters, but has never represented any of them in any matters related to Facteon, LLC other than as members of the Ad Hoc Committee. SWF will not represent their interests in matters related to Facteon, LLC other than as member(s) of the Official Committee.

8.  SWF has not received a retainer from the Debtor, the estate, a principal of the Debtor, or any third party for representation of the Official Committee and has not been promised any compensation from any third parties.

9.  The hourly rates of SWF's attorneys and paralegals who are expected to work on this matter are set forth on **Exhibit 1** hereto. These rates are subject to periodic adjustment.

10. It is the firm's practice to seek reimbursement for reasonable and necessary expenses. These expenses include but are not limited to travel, photocopying, postage, document processing, electronic research and services, transcription costs, and courier and delivery charges.

11. SWF will submit applications for compensation and reimbursement of expenses as required by the Bankruptcy Code and be paid in accordance therewith.

This 30th day of April, 2015.

                                                \s\ *John A. Christy*
                                                JOHN A. CHRISTY
                                                Georgia Bar No. 125518
                                                *Proposed Attorney for the Official*
                                                *Committee of Unsecured Creditors*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:  (404) 681-3450
Facsimile:   (404) 681-1046
E-mail:        jchristy@swfllp.com

K:\9178\1\15-56916 [USBC]\Pleadings\JAC Affidavit in Support of App to Employ SWF.docx

## EXHIBIT 1

John A. Christy        $450              Kelly L. Walsh  $245

J. Carole Thompson Hord    $335      Lawton W. Jordan  $110

Barry M. McGraw  $335                  Lynn C. Stewart  $335

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:                                       )
                                             )    Case No. 15-56916-BEM
FACTEON, LLC,                                )    Chapter 11
                                             )
                                             )

### ORDER

This matter comes before the Court on the Application to Employ Schreeder, Wheeler & Flint, LLP as Counsel to Official Committee of Unsecured Creditors of Facteon, LLC, *Nunc Pro Tunc* to April 14, 2015 (the "Application"). It appearing that no notice of hearing on the Application is required and no adverse interest having been presented, and it further appearing that the law firm of Schreeder, Wheeler & Flint, LLP are attorneys duly admitted to practice in this Court and the Court being satisfied that the firm represents no interest adverse to the estate in the

matters for which it is to be engaged, and it further appearing that the employment of counsel is necessary and would be in the best interest of the estate, it is hereby

**ORDERED** that the Application is granted and that Schreeder, Wheeler & Flint, LLP is hereby authorized to act as attorneys for the Official Committee of Unsecured Creditors of Facteon, LLC, *nunc pro tunc* to April 14, 2015.

A copy of the Application and this Order having been served on the United States Trustee, this Order is entered subject to the objection of the United States Trustee, which objection must be filed within twenty (20) days of the entry of this Order.

**END OF DOCUMENT**

Prepared and presented by:

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel:   (404) 681-3450
Fax:   (404) 681-1046
jchristy@swfllp.com

## DISTRIBUTION LIST

M. Denise Dotson
M. Denise Dotson, LLC
170 Mitchell Street
Atlanta, Georgia 30303

John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30316

United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, Georgia 30303

John Mills
Barnes and Thornburg, LLP
3475 Piedmont Road
Suite 1700
Atlanta, Georgia 30305-3327

## CERTIFICATE OF SERVICE

This certifies that I have, this day, served the foregoing APPLICATION TO EMPLOY SCHREEDER, WHEELER & FLINT, LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FACTEON, LLC *NUNC PRO TUNC* TO APRIL 14, 2015 on all parties to this action via ECF electronic filing and/or by placing a true and correct copy thereof in the United States mail, in a properly-addressed envelope with adequate postage affixed thereon, addressed to:

M. Denise Dotson
M. DENISE DOTSON, LLC
170 Mitchell Street
Atlanta, Georgia 30303

United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, Georgia 30303

John Mills, Esq.
Barnes and Thornburg, LLP
3475 Piedmont Road
Suite 1700
Atlanta, Georgia 30305-3327

This the 30th day of April, 2015.

/s/ Joseph C. Kolshak
*Chairman, Official Committee of
Unsecured Creditors of Facteon, LLC*

6000 Lake Forest Drive
Suite 400
Atlanta, Georgia 30328

8