# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-56916-bem |
| | : | |
| FACTEON, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| _____ | : | |

## WITHDRAWAL OF DOCUMENT

COMES NOW, M. Denise Dotson attorney for the bankruptcy estate of Facteon, LLC, ("Debtor") and withdraws **Document No. 67, Joint Application for Authority to Employ Attorney** filed on July 7, 2015.

Submitted this 7th day of July, 2015.

/s/ M. Denise Dotson
M. Denise Dotson
Georgia Bar No. 227230
Chapter 7 Trustee
170 Mitchell Street
Atlanta, GA 30303
(404) 526-8869
(404) 526-8855 Fax
ddotsonlaw@me.com

# **CERTIFICATE OF SERVICE**

I, M. Denise Dotson, certify that on the date specified herein below, I cause to be served a true and correct copy of the **Withdrawal of Document #67, Joint Application for Authority to Employ Attorney ,** via United States Postal Service mail, in a properly addressed envelope with sufficient postage to ensure delivery to the party listed below:

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street
Atlanta, GA  30303


This 7th day of July , 2015.


M. DENISE DOTSON, LLC
By: */s/ M. Denise Dotson*
 M. Denise Dotson
 Georgia Bar No. 227230
 170 Mitchell Street, S.W.
 Atlanta, Georgia 30303
 (404) 526-8869
 (404) 526-8855 fax
 ddotsonlaw@me.com